1

2

3

4

5

6                           UNITED STATES DISTRICT COURT

7                          NORTHERN DISTRICT OF CALIFORNIA

8

9    MASA NATHANIEL WARDEN,                      Case No.  19-cv-00675-DMR (PR)
                         Plaintiff,
10                                               **ORDER OF TRANSFER**
          v.
11
     W. WILLIAMS, et al.,
12
                         Defendants.
13

14          Plaintiff, who is currently in custody at the California Health Care Facility, has filed a *pro

15   se* civil rights action pursuant to 42 U.S.C. § 1983.  Dkt. 1.  Plaintiff has also consented to

16   magistrate judge jurisdiction in this action.  *Id.* at 4.  He has not filed a completed *in forma

17   pauperis* application.

18          Plaintiff's claims stem from incidents involving the Redding Police Department that

19   occurred in the City of Redding, which is in Shasta County.  Thus, the acts complained of

20   occurred in Shasta County, which lies within the venue of the Eastern District of California, and it

21   appears that Defendants reside in that district.  Venue, therefore, properly lies in that district and

22   not in this one.  *See* 28 U.S.C. § 1391(b).

23          Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is

24   TRANSFERRED to the United States District Court for the Eastern District of California.[1]  The

25   Clerk of the Court shall transfer the case forthwith.

26          If Plaintiff wishes to further pursue this action, he must complete the *in forma pauperis*

27

28   _____
     [1] Venue transfer is a non-dispositive matter and, thus, it falls within the scope of the jurisdiction of
     the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A).

United States District Court
Northern District of California

application required by the United States District Court for the Eastern District of California and mail it to that district.

     IT IS SO ORDERED.

Dated:  March 28, 2019

_____
DONNA M. RYU
United States Magistrate Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MASA NATHANEIL WARDEN,

          Plaintiff,

    v.

W. WILLIAMS, et al.,

          Defendants.

Case No.  4:19-cv-00675-DMR

**CERTIFICATE OF SERVICE**

     I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

     That on March 28, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Masa Nathaneil Warden ID: BH 1647
Cal Health Care Facility
P.O. Box 32290
Stockton, CA 95213

Dated: March 28, 2019

Susan Y. Soong
Clerk, United States District Court

By:_____
Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU