UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASA NATHANIEL WARDEN,<br><br>    Plaintiff,<br><br>v.<br><br>W. WILLIAMS, et al.,<br><br>    Defendants. | No. 2:19-cv-0575-EFB P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On February 6, 2019, he commenced this action in the United States District Court for the Northern District of California. ECF No. 1. That same day, the Clerk of Court issued a notice allowing plaintiff twenty-eight days to either pay the filing fee or request leave to proceed in forma pauperis.[1] ECF No. 3. The notice warned plaintiff that failure to so comply would result in the dismissal of his case. *Id.* Plaintiff failed to comply or otherwise respond to the court's order.

On March 28, 2019, the court did not dismiss the action, but rather, transferred it to this court because venue was improper. ECF No. 4. The transferring court instructed plaintiff to

---

[1] To proceed with a civil action a plaintiff must pay the $400 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

1

submit to this court a request for leave to proceed in forma pauperis if he wished to pursue this action. *Id*. By April 9, 2019, plaintiff had yet to pay the filing fee or seek leave to proceed in forma pauperis. Nor had he communicated with the court in any other fashion. On April 9, 2019, in an abundance of caution, the Clerk of the Court sent to plaintiff a form application for leave to proceed in forma paupers. To date, plaintiff still has not filed a completed in forma pauperis application, paid the filing fee or otherwise responded to the court's orders.

Accordingly, it is hereby ORDERED that the Clerk is directed to randomly assign a United States District Judge to this case.

Further, it is RECOMMENDED that this action be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within fourteen days after service of the objections. Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 15, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2